IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LONNIE SMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-4524

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed March 12, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Lonnie Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is dismissed.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.